IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. BRUMFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Respondents._____/ | No. C 08-04257 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This case was opened when Petitioner, a state prisoner, filed a complaint on the Court's civil rights form. Petitioner thereafter filed an application to proceed in forma pauperis (IFP). The Court has granted him leave to proceed IFP.

In an Order dated November 4, 2009, the Court conducted a preliminary review of the complaint, stating, "Although [Petitioner] submitted his claims on a civil rights form, it is apparent that he intended to file a petition for a writ of habeas corpus because he claims he is being 'illegally detailed' on 'charges refiled Feb. 2008 based on erroneous information.'" (Nov. 4, 2009 Order at 1 (quoting Compl. at 3).) Accordingly, the Court directed the Clerk of the Court to reclassify this case on the docket as a habeas action, which has a filing fee of $5.00. The Court also found that the record did not contain enough information to permit it to ascertain whether Petitioner's claims were cognizable in this Court. The Court dismissed the petition and granted Petitioner thirty days to file an amended petition curing the pleading deficiencies, or to suffer dismissal of the petition without prejudice.

More than thirty days have passed, and Petitioner has failed to file an amended petition. Accordingly, this action is DISMISSED without prejudice. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 12/8/09

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

P:\PRO-SE\SBA\HC.08\Brumfield4257.DissPet.frm

<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. BRUMFIELD, | Case Number: CV08-04257 SBA |
|       Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SF CITY OF et al, | |
|       Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth L. Brumfield 2306531
California State Prison - San Quentin
San Quentin, CA 94964

Dated: December 10, 2009

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Brumfield4257.DissPet.frm